IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02689–CMA–KMT

SOUND SURGICAL TECHNOLOGIES LLC, a Colorado limited liability company,

    Plaintiff,

v.

ALIVIA CORPORATION, a Colombian entity,

    Defendant.

---

## ORDER GRANTING PLAINTIFF'S APPLICATION FOR ORDER ISSUING AMENDED LETTERS ROGATORY AND REQUEST FOR ORIGINAL SIGNATURES

This matter is before the court on Plaintiff's "Application for Order Issuing Amended Letters Rogatory and Request for Original Signatures" (Doc. No. 11, filed January 3, 2011). The court, being fully advised in the premises, hereby

ORDERS that the Court will execute and transmit the attached Amended Letter Rogatory and Request for International Judicial Assistance. The Clerk shall make arrangements for Plaintiff to obtain the original, signed documents.

Dated this 5th day of January, 2011.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge